NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1450, -1451, -1452, -1466, -1467, -1468, -1469,
2010-1017, -1036

IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

-------------------------------------------------------------------------

RONALD A. KATZ TECHNOLOGY LICENSING LP,

Plaintiff-Appellant,

v.

AMERICAN AIRLINES, INC.,

Defendant-Cross Appellant,

and

FEDEX CORPORATE SERVICES, INC., FEDEX CORPORATION,
FEDEX CUSTOMER INFORMATION SERVICES, INC.,
and FEDERAL EXPRESS CORPORATION,

Defendants-Cross Appellants,

and

DHL EXPRESS (USA), INC., DHL HOLDINGS (USA), INC.,
and SKY COURIER, INC.,

Defendants-Appellees,

and

U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,

Defendants-Appellees.

and

TIME WARNER CABLE, INC., TIME WARNER ENTERTAINMENT COMPANY, L.P., TIME WARNER NY CABLE LLC, AOL, LLC, COMPUSERVE INTERACTIVE SERVICES, INC., NETSCAPE COMMUNICATIONS CORP., CHARTER COMMUNICATIONS ENTERTAINMENT I LLC, CHARTER COMMUNICATIONS HOLDING COMPANY LLC, CHARTER COMMUNICATIONS OPERATING LLC, and CHARTER COMMUNICATIONS, INC.,

Defendants,

and

CSC HOLDINGS, INC. (now known as CSC Holdings, LLC), CABLEVISION SYSTEMS CORPORATION, CABLEVISION SYSTEMS NEW YORK CITY CORPORATION, CABLEVISION OF BROOKHAVEN, INC., CABLEVISION OF CONNECTICUT CORPORATION, CABLEVISION OF HUDSON COUNTY, INC., CABLEVISION OF LITCHFIELD, INC., CABLEVISION OF MONMOUTH, INC., CABLEVISION OF NEW JERSEY, INC., CABLEVISION OF OAKLAND LLC, and CABLEVISION OF ROCKLAND/RAMAPO LLC,

Defendants-Cross Appellants,

and

TDS METROCOM LLC, TDS TELECOMMUNICATIONS CORPORATION, and UNITED STATES CELLULAR CORPORATION,

Defendants.

Appeals from the United States District Court for the Central District of California in case nos. 2:07-ML-1816, 07-CV-2192, 07-CV-2196, 07-CV-2360, and 07-CV-2134, Judge R. Gary Klausner.

ON MOTION

O R D E R

Upon consideration of the unopposed motion to reform the caption to reflect a name change for one of the cross-appellants, and the motion for an extension of time, until April 16, 2010, for the appellees to file their briefs,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

2009-1450

- 2 -

FOR THE COURT

MAR 2 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Stephen C. Neal, Esq.
      Christopher S. Ruhland, Esq.
      Jonathan R. Spivey, Esq.
      Michael McKool, Jr., Esq.
      Josh A. Krevitt, Esq.
      Kara F. Stoll, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 6 2010

JAN HORBALY
CLERK

2009-1450

- 3 -